UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON WHITBY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHELSEA INVESTMENT CORPORATION, et al.,<br><br>        Defendants. | Case No. 14cv1633-LAB (BLM)<br><br>**CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS**<br><br>(Fed. R. Civ. P. 16)<br>(Local Rule 16.1)<br>(Fed. R. Civ. P. 26) |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a telephonic Case Management Conference was held on October 24, 2014. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be **filed** on or before **December 1, 2014**.

2. Plaintiff's motion for class certification must be filed on or before **April 1, 2015**. Prior to filing this motion, Plaintiff shall obtain a hearing date and briefing schedule from the District Judge.

3. The parties shall contact the chambers of Judge Major within three days of the

District Judge's ruling on the motion for class certification to set additional dates.

4. The dates and times set forth herein will not be modified except for good cause shown.

5. Plaintiffs' counsel shall serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

DATED: October 31, 2014

*Barbara␣Major*

BARBARA L. MAJOR
United States Magistrate Judge