# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON WHITBY, an individual; RUTH CAROLINA WHITBY, an individual; ETHAN WHITBY, a minor; ISABEL WHITBY, a minor; GABRIEL WHITBY, a minor; SAVANNAH WHITBY, a minor; IOULIA KOUPRINA, an individual; KIRILL KOUPRINA, a minor; ANNA KOUPRINA, a minor; VERA KOUPRINA, a minor; GALINA KOUPRINA, a minor; WILLIAM JHANDI, an individual; TERESA JHANDI, an individual; BLANCIS JHANDI, a minor; DEBORA JHANDI, a minor; BRETT JENSON, an individual; MIRANDA JENSON, an individual; SETH JENSEN, a minor; BRETT JENSEN, a minor; JEANNETTE MCGHEE, an individual; JOSEPH MCGHEE, a minor; MARIE CORBIN, a minor; ADRIAN WHITTENBURG, an individual; ANISA WHITTENBURG, a minor; ADRIAN WHITTENBURG II, a minor; CONSUELO GUERRERO, an individual; TRISHA GUERRERO, an individual; ASHLEY GUERRERO, a minor; EDUARDO GUERRERO, a minor; VICTORIA NAYAK, an individual, MAYA FLORES, a minor; TAMMY COLE, an individual; BRANDON COLE, a minor; DAUD NAWAEY, an individual; SHOKRIA NAWAEY, an individual; AREZO NAWAEY, a minor; ARASH NAWAEY, a minor; RICARDO RICO, an individual; MAYLYNDELOW RIMORIN, an | CASE NO. 14CV1633-LAB BLM (CONSOLIDATED WITH CASE NO. 15CV355)<br><br>(Assigned for all purposes to the Honorable Larry A. Burns)<br><br>COMPLIANCE STATUS REPORT OF ANI S. SARICH OF CPT GROUP REGARDING DISTRIBUTION OF SETTLEMENT |

| | |
|---|---|
| 1 | individual; JUSTIN RICO, a minor; JASMIN RICO, a minor; ELLE STOKES, an individual; CARTER STOKES, a minor; BREAN WEBB, a minor; CALEB WEBB, a minor; CHLOE WEBB, a minor; DEREK MARTINEZ, a minor; MICHAEL WILLIAMS, an individual; BONNIE BARROWS, an individual; RICHARD GARCIA BARROWS, a minor; EMILY WILLIAMS, a minor; HAILEY GARCIA BARROWS, a minor; AVION SMALLWOOD, an individual; AIDEN WILLIAMS, a minor; ARIEL SMALLWOOD, a minor; JAMAINE SMALLWOOD, a minor; RAFAEL RAMIREZ, an individual; OFELIA RAMIREZ, an individual; RAFAEL RAMIREZ, JR., a minor; RICARDO RAMIREZ, a minor; REBECCA RAMIREZ, a minor; JESUS ALFONSO FLORES, an individual; ANGELICA FLORES, an individual; ARISET FLORES, a minor; ADRELL FLORES, a minor; and others similarly situated, |

Plaintiffs,

vs.

CHELSEA INVESTMENT CORPORATION, a California corporation; CIC PHR, LP, a California limited partnership; PHR INCLUSIONARY, LLC, a California limited liability company; CIC FAIRBANKS, L.P., a California limited partnership; DDS FAIRBANKS, LLC, a California limited liability company; CIC LA COSTA, L.P., a California limited partnership; DDC LA COSTA, LLC, a California limited liability company; CIC CALAVARA, L.P., a limited partnership; CIC CALAVARA HILLS II, LLC, a California limited liability company; SILVER SAGE CIC, L.P., a California limited partnership; CIC SILVER SAGE LLC, a California limited liability company; CIC LANDINGS, L.P., a California limited liability company; AJAX-LANDINGS, LLC, a California limited liability company; CIC MANAGEMENT INC., a California corporation; CONAM MANAGEMENT CORPORATION, a California corporation; ROSIE TERRIQUEZ, an individual; and DOES 1-500,

Defendants.

I, Ani S. Sarich, declare as follows:

1. I am the Case Manager for CPT Group, Inc. ("CPT"), the Court-appointed class action claims administrator for Whitby, et al. v. Chelsea Investment Corporation, et al. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30 years, we have provided notification and/or claims administration services in hundreds of class action cases.

3. CPT provided notice of the settlement and disbursed the funds in this action. In this capacity, on July 8, 2016, CPT obtained an EIN from the IRS and opened an interest-bearing bank account through East West Bank. This account was titled Whitby v Chelsea Investment Corp Fund, also known as the Qualified Settlement Fund (QSF).

4. On November 4, 2016, the Court granted final approval of the Settlement in this matter.

5. Between July 13, 2016 and March 28, 2017, the settlement account was funded an amount of $1,519,999.94. This payment was sufficient in paying Attorneys' fees and Expenses, the Class Representative awards, and the Settlement Class Guardian Ad Litem.

6. On April 7, 2017, CPT issued a wire transfer to Wilson Law Group PC representing attorneys' fees and costs in the amount of $1,025,000.00.

7. On April 13, 2017, a check was issued from the QSF and payable to each Class Representative, totaling $295,000.00. Of the sixty-nine (69) Class Representatives, sixty-seven (67) received an award of $4,000.00. The remaining two (2), Landon and Ruth Whitby, each received an award of $13,500.00.

8. On November 7, 2017, a check was issued from the QSF and payable to JAMS, Inc., representing payment for the Settlement Class Guardian Ad Litem, in the amount of $5,640.00.

9. Between February 14, 2018 and March 8, 2018, the settlement account was funded an additional amount of $91,833.98. Accrued interest in the amount $431.08 was available in the

account, resulting in a balance of $92,265.06. This amount was sufficient in paying the Participating Claimants and Claims Administrator's fees and expenses.

10. On March 30, 2018, a check was issued from the QSF and payable to CPT Group Inc., representing administration fees in the amount of $88,000.00.

11. On March 21, 2018, CPT Group issued four hundred ninety-one (491) checks from the QSF representing the Settlement payments for the Participating Claimants. The checks were payable to each of four hundred ninety-one (491) Participating Claimant families for their respective settlement amounts which totaled $198,625.00. These settlement checks are valid for 180 days from the date the checks were issued and mailed, which results in a September 17, 2018 expiration date.

12. On April 2, 2018, CPT issued reversion checks to the Defendants' insurers as a result of a calculation error which resulted in the Settlement being overfunded. The total overpayment was $5,550.13.

13. On May 7, 2018 CPT issued checks to two (2) Participating Claimant families who indicated that one or more members of the family no longer lived at the same address. CPT voided the original checks, and issued checks payable to each family member for his or her respective amount. These settlement checks are valid for 180 days from the date the checks were issued and mailed, which results in a November 3, 2018 expiration date.

14. As of the date of this declaration, the amount of the outstanding checks is $17,175.00.

15. Disbursements to Plaintiffs' Counsel and the Class Representatives were completed in compliance to the Final Order and Class Settlement Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 3rd day of August, 2018 at Irvine, California.

_____
Ani S. Sarich